AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**BARBARA HENRY**

        Plaintiff,           **JUDGMENT IN A CIVIL CASE**

v.

                                  Case Number: 1:08CV123

**UBC PRODUCT SUPPORT CENTER, INC.,
d/b/a UNITED BIOSOURCE CORPORATION,
UNITED BIOSOURCE CORPORATION,
CHARLES CLARK, DEBBIE LEE,
CHARLOTTE STURBA, AMY RENNER and
STEPHANIE VAN NORMAN,,**

        Defendants.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** as follows:

The Court **GRANTS** Henry's motion to amend her Complaint, **ORDERS** the Amended Complaint to be deemed filed (attached as Exhibit A to dkt. no. 23), and **GRANTS** the motion to remand. The case, therefore, is **REMANDED** to the Circuit Court of Monongalia County, West Virginia.

                                                WALLY  EDGELL, Ph.D., Clerk

                                                By    K. Denny

December 24, 2008                                         Deputy Clerk